UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-847 DMG (JCx) | Date | February 16, 2021 |
| Title | *Nicholas Hopewell v. Wechat, Inc.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS — ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION [1]**

On February 1, 2018, Plaintiff Nicholas Hopewell filed a Complaint in this action alleging violations of the Americans with Disabilities Act and related claims against Defendant Wechat, Inc., doing business as Wechat Cafe. [Doc. # 1.]

Plaintiff has not filed anything further in this case since the Clerk issued a summons. [*See* Doc. # 6.]

Plaintiff is accordingly **ORDERED TO SHOW CAUSE** by no later than **February 23, 2021** why the action should not be dismissed for lack of prosecution under Federal Rule of Civil Procedure 4(m).

**FAILURE TO TIMELY AND SATISFACTORILY RESPOND WILL RESULT IN DISMISSAL OF THIS ACTION FOR LACK OF PROSECUTION.**

IT IS SO ORDERED.